Ivan **WILKERSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. ED 78085.

Missouri Court of Appeals,
Eastern District,
Division Four.

April 3, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 10, 2001.

Application for Transfer Denied
June 26, 2001.

Mark A. Grothoff, Asst. Public Defender, Columbia, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Dora A. Fichter, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before MOONEY, P.J., and SIMON and SULLIVAN, JJ.

### ORDER

PER CURIAM.

Ivan Wilkerson, Movant, appeals the denial of his Rule 29.15 motion for post-conviction relief following his conviction of possession of a controlled substance.

On appeal, Movant contends the motion court erred by denying his Rule 29.15 motion because he received ineffective assistance of counsel in that his trial counsel failed to file a motion to suppress his incriminating statement to the police.

We have reviewed the briefs of the parties, the legal file and the record on appeal and no error of law appears. An extended opinion reciting detailed facts and restating principles of law would have no precedential or jurisprudential value. We af-

firm the judgment pursuant to Rule 84.16(b).